**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Richard F. Jones, Appellant.

Appellate Case No. 2012-212542

―――――――――

Appeal From Lexington County
William P. Keesley, Circuit Court Judge

―――――――――

Unpublished Opinion No. 2014-UP-145
Submitted February 1, 2014 – Filed April 2, 2014

―――――――――

**APPEAL DISMISSED**

―――――――――

Appellate Defender Robert M. Pachak, of Columbia; and Richard F. Jones, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Salley W. Elliott, both of Columbia, for Respondent.

―――――――――

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and SHORT and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.